B. OTIS FELDER (CSB No. 177628)
Email: otis.felder@wilsonelser.com
ASHAN PEIRIS (CSB No. 295344)
Email: ashan.peiris@wilsonelser.com
WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California 94105-2725
Telephone: (415) 433-0990
Facsimile: (415) 434-1370

Attorneys for Defendant
E-FILLIATE, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP SMITH, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> E-FILLIATE, INC., <br><br> Defendant. | Case No. 2:22-CV-00417-JAM-KJN <br><br> ORDER EXTENDING TIME FOR RESPONSIVE PLEADING TO COMPLAINT <br><br> [L.R. 144; Fed. R. Civ. P. 6] |

Further to the parties' stipulation, Defendant E-Filliate, Inc. shall have until May 13, 2022 to file a responsive pleading to the Complaint.

SO ORDERED.

DATED: April 27, 2022        /s/ John A. Mendez
                             THE HONORABLE JOHN A. MENDEZ
                             UNITED STATES DISTRICT COURT JUDGE